IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| MEGAN WHITTINGTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:21-cv-00066 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE SHENANDOAH COUNTY ) | By:   Hon. Thomas T. Cullen |
| COMMONWEALTH OF VIRGINIA, ) | United States District Judge |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in the court's Memorandum Opinion, it is hereby

**ORDERED** that:

(1) Defendant Stephanie Cool-Danner's Motion to Dismiss or, in the alternative, Motion for Summary Judgment (ECF No. 27) is **GRANTED**;

(2) Plaintiff Megan Whittington's Motion for Leave to File an Amended Complaint (ECF No. 46) is **DENIED**;

(3) Plaintiff's claims against The Shenandoah County, Virginia, are **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii);

(4) Plaintiff's claims against Heather Frost as **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m); and

(5) Plaintiff's Motion for a Preliminary Injunction (ECF No. 5) is **DENIED AS MOOT**.

The clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to the parties and close this case.

**ENTERED** this 7th day of July, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE